Certificate Number: 13861-PAE-DE-028848513

Bankruptcy Case Number: 16-18454



13861-PAE-DE-028848513

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2017, at 9:45 o'clock AM PST, Stephen J Latshaw completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 2, 2017           By:   /s/Rebecca K Snyder

                                Name: Rebecca K Snyder

                                Title: Counselor