United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen Joseph Latshaw  
     Debtor

Case No. 16-18454-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 07, 2017  
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.
```
db              Stephen Joseph Latshaw,    11 S. Hellertown Ave.,    Quakertown, PA  18951-1727
13833231        PSECU,    3835 Green Pond Rd,    Bethlehem, PA  18020-7568
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcynotices@psecu.com Mar 08 2017 02:55:54      PSECU,   PO Box 67013,
                 Harrisburg, PA  17106-7013
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:
```
          KEVIN K. KERCHER    on behalf of Debtor Stephen Joseph Latshaw kevinkk@kercherlaw.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                              TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     STEPHEN JOSEPH LATSHAW,     :     Chapter 7
                                       :
           Debtor                      :     Bky. No.  16-18454 ELF

**O R D E R**

**AND NOW, WHEREAS,** a reaffirmation agreement of the kind specified in 11 U.S.C. §524(c) between the Debtor and PSECU has been filed with the court,

**It is hereby ORDERED** that:

1. Pursuant to 11 U.S.C. §524(d), a hearing shall be held on **March 29, 2017, at 10:00 a.m., in Bankruptcy Courtroom No. 1, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA,** regarding the reaffirmation agreement.

2. Pending the conclusion of the hearing, the discharge order under 11 U.S.C. §727(a) shall not be entered.  See Fed. R. Bankr. P.  4004(c)(1)(K).

3. Counsel for the Debtor **SHALL ATTEND** the hearing.

Date: **March 6, 2017**

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

cc:  Stephen Joseph Latshaw
     11 S. Hellertown Ave.
     Quakertown, PA 18951-1727