United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-18454-elf
Stephen Joseph Latshaw                                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW         Page 1 of 2            Date Rcvd: Jun 20, 2017
                            Form ID: 139           Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2017.
```
db              Stephen Joseph Latshaw,   11 S. Hellertown Ave.,   Quakertown, PA  18951-1727
13833223        Best Buy,   PO Box 790441,   Saint Louis, MO  63179-0441
13833225        Chase,   PO Box 78420,   Phoenix, AZ  85062-8420
13833229        Lehigh Valley Physicians Group,   1250 S Cedar Crest Blvd,   Allentown, PA  18103-6224
13833231        PSECU,   3835 Green Pond Rd,   Bethlehem, PA  18020-7568
13833234        ST. Luke's Hospital,   PO Box 8500,   Philadelphia, PA  19178-8500
13833233        Sears Credit Cards,   PO Box 9001055,   Louisville, KY  40290-1055
13833236        Tri County Area Federal Credit Union,   1550 Medical Dr,   Pottstown, PA  19464-3225
13833237        Tru Mark Financial,   PO Box 1329,   Fort Washington, PA  19034-8329
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QRHHOLBER.COM Jun 21 2017 01:13:00      ROBERT H. HOLBER,   Robert H. Holber PC,
                 41 East Front Street,   Media, PA 19063-2911
smg             E-mail/Text: bankruptcy@phila.gov Jun 21 2017 01:23:56      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 21 2017 01:23:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 21 2017 01:23:48      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcynotices@psecu.com Jun 21 2017 01:23:59      PSECU,   PO Box 67013,
                 Harrisburg, PA  17106-7013
cr             +EDI: WFFC.COM Jun 21 2017 01:13:00      Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,
                 1451 Thomas Langston Rd.,   Winterville, NC 28590-8872
13833222        EDI: AMEREXPR.COM Jun 21 2017 01:13:00      American Express,   PO Box 297858,
                 Fort Lauderdale, FL  33329-7858
13836205        EDI: BECKLEE.COM Jun 21 2017 01:13:00      American Express Bank FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
13833224        EDI: CAPITALONE.COM Jun 21 2017 01:13:00      Capital One Bank (USA), N.A.,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
13833226        EDI: DISCOVER.COM Jun 21 2017 01:13:00      Discover Bank,   PO Box 3008,
                 New Albany, OH  43054-3008
13833227        EDI: WFNNB.COM Jun 21 2017 01:13:00      HSN,   Comenity Capital Bank,   PO Box 659707,
                 San Antonio, TX  78265-9707
13833228        EDI: CBSKOHLS.COM Jun 21 2017 01:13:00      Kohls,   PO Box 2983,   Milwaukee, WI  53201-2983
13833230        EDI: RMSC.COM Jun 21 2017 01:13:00      Old Navy,   PO Box 965046,   Orlando, FL  32896-5046
13833232        EDI: RMSC.COM Jun 21 2017 01:13:00      Q Card,   Synchrony Bank,   PO Box 530905,
                 Atlanta, GA  30353-0905
13833235        EDI: WTRRNBANK.COM Jun 21 2017 01:13:00      Target Card Services,   P.O. Box 660170,
                 Dallas, TX  75266-0170
13833238        EDI: RMSC.COM Jun 21 2017 01:13:00      Wal-Mart,   P.O. Box 530927,   Atlanta, GA  30353-0927
13833239        EDI: WFFC.COM Jun 21 2017 01:13:00      Wells Fargo Dealer Services,   PO Box 17900,
                 Denver, CO  80217-0900
13833240        EDI: WFFC.COM Jun 21 2017 01:13:00      Wells Fargo Health Adv.,   PO Box 660553,
                 Dallas, TX  75266-0553
                                                                                              TOTAL: 18
```
```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +ROBERT H. HOLBER,   Robert H. Holber PC,   41 East Front Street,   Media, PA 19063-2911
cr*             American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA  19355-0701
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Jun 20, 2017
                              Form ID: 139                Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2017 at the address(es) listed below:
              KEVIN K. KERCHER    on behalf of Debtor Stephen Joseph Latshaw kevinkk@kercherlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.epiqsystems.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS I. PULEO    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
               Services mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Stephen Joseph Latshaw
11 S. Hellertown Ave.
Quakertown, PA 18951−1727

Debtor(s)

Case No: 16−18454−elf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−1119

___

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 9/22/17

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 6/20/17

34
Form 139