UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHEN JOSEPH LATSHAW : Chapter 7

Debtor : Bankruptcy No. 16-18454

NOTICE OF CHANGE
FROM ASSET TO NO-ASSET

TO FREDERICK J. BAKER, SENIOR ASSISTANT UNITED STATES TRUSTEE, ROBERT H. HOLBER, ESQUIRE, the Trustee in the above captioned matter, after due inquiry, having discovered no assets gives Notice that this is a No Asset case.

ROBERT H. HOLBER, ESQ.
Chapter 7 Trustee

Dated: 09/14/17