United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stephen Joseph Latshaw  
      Debtor

Case No. 16-18454-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Sep 21, 2017  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
```
db              Stephen Joseph Latshaw,    11 S. Hellertown Ave.,   Quakertown, PA  18951-1727
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Se,    1451 Thomas Langston Rd.,
                Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
```
          KEVIN K. KERCHER    on behalf of Debtor Stephen Joseph Latshaw kevinkk@kercherlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
           rholber@ecf.epiqsystems.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer
           Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: STEPHEN JOSEPH LATSHAW            )
    **Debtor(s)**                                              )
                                                                      )   CHAPTER 7
WELLS FARGO BANK, N.A.                        )
d/b/a WELLS FARGO DEALER SERVICES  )   Case No.: 16-18454 (ELF)
    **Moving Party**                                       )
                                                                      )   Hearing Date: 9-20-17 at 10:00 AM
  v.                                                             )
                                                                      )   11 U.S.C. 362
STEPHEN JOSEPH LATSHAW                   )
    **Respondent(s)**                                      )
                                                                      )
ROBERT H. HOLBER                                  )
    **Trustee**                                                 )

## ORDER MODIFYING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

    Upon the motion of Wells Fargo Bank, N.A. d/b/a Wells Fargo Dealer Services, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    **ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is **modified** pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2011 Dodge Challenger** bearing vehicle identification number 2B3CJ4DG7BH602516 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **Order entered by default.**

Dated: 9/20/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**